# Fourteenth Court of Appeals



## MEDIATORS REPORT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
Date: 9/17/2015 9:1250 AM 2015

CHRISTOPHER A. PRINE
Clerk

Christopher A. Prine, Clerk
301 Fannin, Room 245
Houston, TX 77002

Re:   Appellate number: _14-15-00453-CV_

Case style: _IN THE MATTER OF THE MARRIAGE OF JACQUELINE P. LEIJA AND MOISES LEIJA_

In compliance with this court's order dated _July 2, 2015_, I conducted a mediation proceeding in this case on _Sept 16, 2015_.

The mediation [ (did) / did not ] result in a [ (full) / partial ] resolution of the matters in dispute. To my knowledge, further negotiation efforts [ are / (are not) ] planned.

The parties and mediator have agreed that the mediator shall be paid as follows:

$ _600_ paid by _Moises Leija_

$ _____ paid by _____

$ _____ paid by _____

$ _____ paid by _____

Mediator: _Amelia Rodriguez_
Address: _2020 Southwest Fwy., Ste. 328_
_Houston, Texas 77098_

_(713) 270-8807_
Telephone

_arodriguez@justice.com_
E-Mail Address

Return immediately after mediation to:
14th Court of Appeals; 301 Fannin, Room 245, Houston, Texas 77002
(713) 274-2800

5